United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-40764
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SILVIA MARIA GAMEZ-ORTIZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-2339-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

        Silvia Maria Gamez-Ortiz (Gamez) appeals her guilty plea conviction and sentence for attempted illegal reentry after a previous deportation.  She argues that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b) are unconstitutional in light of Apprendi v. New Jersey, 530 U.S. 466 (2000).  Gamez's challenge is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998).

        Although Gamez contends that Almendarez-Torres was incorrectly decided and that a majority of the Supreme Court

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

would overrule <u>Almendarez-Torres</u> in light of <u>Apprendi</u>, we have repeatedly rejected such arguments on the basis that <u>Almendarez-Torres</u> remains binding.  <u>See</u> <u>United States v. Garza-Lopez</u>, 410 F.3d 268, 276 (5th Cir.), <u>cert. denied</u>, 126 S. Ct. 298 (2005). Gamez properly concedes that her argument is foreclosed in light of <u>Almendarez-Torres</u> and circuit precedent, but she raises it here to preserve it for further review.

AFFIRMED.